UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE CRANDON,<br>      Plaintiff(s),<br>  v.<br>THAI AIRWAYS INTERNATIONAL,<br>      Defendant(s). | No. C04-4373 MJJ (BZ)<br><br>**FIRST DISCOVERY ORDER** |

    Having read Judge Jenkin's order entered November 3, 2005 and plaintiff's moving papers, **IT IS HEREBY ORDERED** that defendants shall file a two page letter reply by **noon, December 2, 2005.** A telephone conference to discuss the dispute is scheduled for **December 6, 2005, at 1:30 p.m.** Counsel for defendant shall get counsel for plaintiff on the line and call chambers at **415-522-4093.**

DATED: November 29, 2005

                                            Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\CRANDON\DISC1.ORDER.wpd

1