UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE CRANDON, | |
| Plaintiff(s), | No. C04-4373 MJJ (BZ) |
| v. | **ORDER VACATING TELEPHONIC CONFERENCE** |
| THAI AIRWAYS INTERNATIONAL, | |
| Defendant(s). | |

**IT IS HEREBY ORDERED** that the telephone conference presently scheduled for **December 6, 2005, at 1:30 p.m. is VACATED.**

DATED: November 30, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CRANDON\VACATE ORDER.WPD

1